# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MB | E2029454 | Bell | 2501 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 06/17/2025 12:07 | 36 CFR 2.23(b) |

**Place of Offense:** St. Mary Entrance Station / Rising Sun Boat Dock

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Fail to pay fee

### DEFENDANT INFORMATION

**Last Name:** Bohn
**First Name:** Ryan
**M.I.:** D

| Tag No. | State | Year | Make/Model | PASS ☐ | CMV ☐ | Color |
|---|---|---|---|---|---|---|
| EUD951 | MT | | Motorcycle | | | Red |

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee
$ 130 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** NP25164658

**X Defendant Signature:** Issued

*E2029454*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 17th, 20 25 while exercising my duties as a law enforcement officer in the Federal District of Montana

Please see attached P.C. statement

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/17/2025 [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident